DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:  dseror@bg.law
        jbagdanov@bg.law
        jwellington@bg.law

Attorneys for Diane C. Weil, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 18 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DAVID SAGHIAN,<br><br>　　　　　　Debtor.<br><br>―――――――――――――<br><br>DIANE C. WEIL, Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AVRAHAM SHEMUELIAN, an individual,<br><br>　　　　　　Defendant. | Case No. 1:16-bk-13077-MT<br><br>CHAPTER 7<br><br>Adv. No. 1:20-ap-01087-MT<br><br>**ORDER GRANTING SUMMARY JUDGMENT**<br><br>**Date:** March 17, 2021<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 302<br>　　　United States Bankruptcy Court<br>　　　21041 Burbank Boulevard<br>　　　Woodland Hills, CA 91367 |

　　　The *Notice of Motion and Motion for Summary Judgment* [Doc. 41] (the "Motion"), filed on behalf of Plaintiff Diane C. Weil, Chapter 7 Trustee ("Plaintiff"), came on for hearing before this Court on March 17, 2021 at 1:00 p.m., the Honorable Maureen A. Tighe, Chief United States Bankruptcy Judge, presiding. All appearances were made as noted in the record. The Court having

1

considered the Motion and supporting evidence, having set forth the reasons for judgment on the record at the hearing, and finding good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. On the First Claim for Relief, judgment is entered in favor of the Plaintiff and against Defendant Avraham Shemuelian in the amount of $140,000, plus any other costs of suit allowed by law, as Defendant is breach of the Purchase and Sale Agreement, dated March 29, 2018.

2. On the Second Claim for Relief, judgment is entered in favor of the Plaintiff and against Defendant Avraham Shemuelian, as the balance of the purchase price is property of the Estate and not of inconsequential value. Defendant Avraham Shemuelian is ordered to turnover $140,000 to the Plaintiff.

3. On Defendant's First Counterclaim, judgment is entered in favor of the Plaintiff and against Defendant Avraham Shemuelian, as Defendant Avraham Shemuelian has failed to state a claim for which relief may be granted.

4. On Defendant's Second Counterclaim, judgment is entered in favor of the Plaintiff and against Defendant Avraham Shemuelian, as the Trustee is not in breach of the Purchase and Sale Agreement, dated March 29, 2018.

IT IS SO ORDERED.

###

Date: March 18, 2021

Maureen A. Tighe
United States Bankruptcy Judge

ORDER#1322186#D4673644-17DF-4D6A-B973-CF9629615959