☐ Recording requested by a return to:
DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367
Telephone: (818) 827-9000
Email:dseror@bg.law; jbagdanov@bg.law

FOR COURT USE ONLY

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: DAVID SAGHIAN, | | CASE NUMBER 1:16-bk-13077-MT |
|---|---|---|
| | Debtor | ADVERSARY NUMBER 1:20-ap-01087-MT |
| DIANE C. WEIL, Chapter 7 Trustee, | Plaintiff | |
| vs. | | **ABSTRACT OF** |
| AVRAHAM SHEMUELIAN, an individual, | | **JUDGMENT** |
| | Defendant | |

The Judgment Creditor applies for an abstract of judgment and represents:

1.  The Judgment Debtor's:

    a.  Name and address    Avraham Shemuelian

    15210 Ventura Blvd., #202

    Sherman Oaks, CA 91403-3396

    ☐ Address Unknown

    b.  Driver's License No.    _____    ☒ Unknown

    c.  Social Security No.    _____    ☒ Unknown

2.  The Summons was personally served at, or mail to (address): 23020 Wrencrest Drive, Calabasas, CA 91302-1868;
    15210 Ventura Blvd., # 202, Sherman Oaks, CA 914030-3396; 1200 S. Hope St., #400, Los Angeles, CA  90015

3.  ☐  Information regarding additional judgment debtors is shown on reverse side.

    BRUTZKUS GUBNER

    Dated:    3/19/2021    _____    By: _____
    (Signature of Judgment Creditor or Attorney)
    Jessica L. Bagdanov
    Attorneys for Diane C. Weil, Chapter 7 Trustee

    (Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re  David Saghian, Debtor  (SHORT TITLE) | CHAPTER 7, Case No:1:16-bk-13077-MT |
|---|---|
| Diane C. Weil, Ch. 7 Trustee v. Avraham Shemuelian    ~~Debtor(s)~~ | ADVERSARY NO.: 1:20-ap-01087-MT |

4.   I certify that in the above-entitled action and Court, Judgment was entered on ___3/18/2021___,

     in favor of __Diane C. Weil, Chapter 7 Trustee__ and against __Avraham Shemuelian__

     for     $ ___140,000.00___     Principal,

             $ ___0.00___     Interest,

             $ ___0.00___     Attorney's Fees, and

             $ ___0.00___     Costs.

A lien in favor of a judgment creditor is:

☒   not endorsed on the judgment.

☐   endorsed on the judgment as follows:

     1.   Amount $ _____

     2.   In favor of (name) _____

A stay of execution has:

☒   not been ordered by the Court.

☐   been ordered by the Court effective until (date): _____

SEAL

MAR 19 2021

Attested this _____ day of _____.

KATHLEEN J. CAMPBELL

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __Joetulio /s/ Q_____
                                    Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

1  DAVID SEROR – Bar No. 67488
   JESSICA L. BAGDANOV – Bar No. 281020
2  JESSICA S. WELLINGTON – Bar No. 324477
   BRUTZKUS GUBNER
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone: (818) 827-9000
   Facsimile: (818) 827-9099
5  Email:    dseror@bg.law
             jbagdanov@bg.law
6             jwellington@bg.law

7  Attorneys for Diane C. Weil, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 18 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl    DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11

12  In re                                    Case No. 1:16-bk-13077-MT

13  DAVID SAGHIAN,                           CHAPTER 7

14             Debtor.                       Adv. No. 1:20-ap-01087-MT

15  _____      **ORDER GRANTING SUMMARY**
                                             **JUDGMENT**
16  DIANE C. WEIL, Chapter 7 Trustee,
                                             **Date:** March 17, 2021
17             Plaintiff,                    **Time:** 1:00 p.m.
                                             **Place:** Courtroom 302
18  v.                                              United States Bankruptcy Court
                                                    21041 Burbank Boulevard
19  AVRAHAM SHEMUELIAN, an individual,               Woodland Hills, CA 91367

20             Defendant.

21

22

23

24

25        The *Notice of Motion and Motion for Summary Judgment* [Doc. 41] (the "Motion"), filed on

26  behalf of Plaintiff Diane C. Weil, Chapter 7 Trustee ("Plaintiff"), came on for hearing before this

27  Court on March 17, 2021 at 1:00 p.m., the Honorable Maureen A. Tighe, Chief United States

28  Bankruptcy Judge, presiding. All appearances were made as noted in the record. The Court having

1

Case 1:20-ap-01087-MT   Doc 51   Filed 03/18/21   Entered 03/18/21 09:14:44   Desc
Main Document   Page 2 of 2

1    considered the Motion and supporting evidence, having set forth the reasons for judgment on the

2    record at the hearing, and finding good cause appearing therefor,

3        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

4        1.      On the First Claim for Relief, judgment is entered in favor of the Plaintiff and against

5    Defendant Avraham Shemuelian in the amount of $140,000, plus any other costs of suit allowed by

6    law, as Defendant is breach of the Purchase and Sale Agreement, dated March 29, 2018.

7        2.      On the Second Claim for Relief, judgment is entered in favor of the Plaintiff and

8    against Defendant Avraham Shemuelian, as the balance of the purchase price is property of the

9    Estate and not of inconsequential value.  Defendant Avraham Shemuelian is ordered to turnover

10   $140,000 to the Plaintiff.

11       3.      On Defendant's First Counterclaim, judgment is entered in favor of the Plaintiff and

12   against Defendant Avraham Shemuelian, as Defendant Avraham Shemuelian has failed to state a

13   claim for which relief may be granted.

14       4.      On Defendant's Second Counterclaim, judgment is entered in favor of the Plaintiff

15   and against Defendant Avraham Shemuelian, as the Trustee is not in breach of the Purchase and Sale

16   Agreement, dated March 29, 2018.

17       IT IS SO ORDERED.

18                                        ###

19

20

21

22

23

24   Date: March 18, 2021

                                    Maureen A. Tighe
25                                  United States Bankruptcy Judge

26

27

28

2